IN THE COURT OF APPEALS
FIRST DISTRICT

01-15-00494-CR
01-15-00824-CR

DONALD WAYNE HEROD §   IN THE COURT OF APPEALS
T.D.C.J. NO.# 1538539 §   FIRST DISTRICT
APPLICANT §   HARRIS COUNTY
§
VS. §   TEXAS
§
THE STATE OF TEXAS §
RESPONDANT §

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 13 2015

CHRISTOPHER A. PRINE
CLERK

## MOTION FOR APPOINTMENT OF COUNSEL

APPLICANT IS UNABLE TO AFFORD COUNSEL. HE has shown THIS COURT INDIGENT PAPERS FROM THE LAW LIBRARY AND REQUEST TO LEAVE TO PROCEED IN FORMA PAUPERIS IN THIS CASE

A TRIAL IN THIS CASE WILL LIKELY INVOLVE CONFLICTING TESTIMONY, AND COUNSEL WOULD BETTER ENABLE APPLICANT TO PRESENT EVIDENCE AND CROSS EXAMINE WITNESSES

WHEREFORE, APPLICANT REQUEST THAT THE COURT APPOINT COUNSEL

OCTOBER 7th 2015

Donald Wayne Herod
DONALD WAYNE HEROD # 1538539
MCCONNELL UNIT
3001 SOUTH EMILY DRIVE
BEEVILLE, TX, 78102

USINI3982/CINI3982   TEXAS DEPARTMENT OF CRIMINAL JUSTICE        08/04/15
HLI6/JMABI57              IN-FORMA-PAUPERIS DATA                  15:55:41
TDCJ#: 01858859 SID#: 03853261 LOCATION: MCCONNELL      INDIGENT DTE: 11/01/12
NAME: HEROD, DONALD WAYNE                    BEGINNING PERIOD:
PREVIOUS TDCJ NUMBERS: 00768440 01548539
CURRENT BAL:        2.22 TOT HOLD AMT:       2.00 6MTH TOT DEP:
6MTH DEP:              6MTH AVG BAL:              6MTH AVG DEP:
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS


PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
                                ----------------------------
                                NO BANKING ACTIVITY
                                WITHIN THE PAST 6
                                MONTH PERIOD.
                                ----------------------------

STATE OF TEXAS COUNTY OF ___Bee___
ON THIS THE _4_ DAY OF __August__ _15_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY (TRUE & NL OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _1538539_ OR SID NUMBER: _____



JOE RICHARD MARTINEZ
NOTARY PUBLIC
STATE OF TEXAS
NOTARY WITHOUT BOND
My Commission Expires 09-03-2017

DONALD WAYNE HEROD #1538539
McConnell Unit
3001 South Emily Drive
Beeville, Tx, 78102

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

OCT 1 3 2015

CHRISTOPHER A. PRINE
CLERK

Court of Appeals, First District
301 Fannin Street
Houston, Tx 77002-2066

